**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALFIO J. RANOCCHIA AND JUNE RANOCCHIA, HIS WIFE, | : | No. 675 MAL 2016 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ERIE INSURANCE AND ERIE | : | |
| INSURANCE EXCHANGE AND ERIE | : | |
| INSURANCE GROUP AND ERIE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

      **AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.